MICHAEL R. AYERS, ESQ.
Nevada Bar No. 10851
CHRISTOPHER LUND, ESQ.
Nevada Bar No. 12435
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: mayers@grsm.com
         tlund@grsm.com

*Attorneys for Defendants*
*Universal Protection Service LLC*
*D/B/A Allied Universal Event Services and*
*Universal Protection Service, LP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PIA SAELAO, an individual, | Case No.: 2:26-cv-01012-GMN-MDC |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO FILE AN ANSWER** |
| UNIVERSAL PROTECTION SERVICE, LLC, a Delaware limited-liability company; UNIVERSAL PROTECTION SERVICE, LP, a California limited partnership, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff PIA SAELAO ("Plaintiff"), by and through her counsel of record, Jemma E. Dunn, Esq. and Matthew T. Hale, Esq. of GREENBERG GROSS LLP and Defendants UNIVERSAL PROTECTIONS SERVICES, LLC, and UNIVERSAL PROTECTION SERVICE LP ("Defendants"), by and through their counsel of record Michael R. Ayers, Esq., and Christopher Lund, Esq., of GORDON REES SCULLY MANSUKHANI, that Defendant shall have until May 13, 2026 to file an Answer to Plaintiff's Original Complaint filed on April 1, 2026 and served upon the Defendant on April 15, 2026.

-1-
Jt stip ext answer DL - 4/29/2026 4:38 PM

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

Respectfully submitted this 30th day of April, 2026.

| **GREENBERG GROSS LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| */s/ Marian L. Massey (w/permission)* | */s/ Christopher Lund* |
| JEMMA E. DUNN<br>Nevada Bar No. 16229<br>MATTHEW T. HALE<br>Nevada Bar No. 16880<br>MARIAN L. MASSEY<br> Nevada Bar No. 14579<br>GREENBERG GROSS LLP<br>1980 Festival Plaza Drive, Suite 730<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiff Pia Saelao* | MICHAEL R. AYERS, ESQ.<br>Nevada Bar No. 10851<br>CHRISTOPHER LUND, ESQ.<br>Nevada Bar No. 12435<br>300 South Fourth Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants*<br>*Universal Protection Service LLC*<br>*D/B/A Allied Universal Event Services and*<br>*Universal Protection Service, LP* |

## ORDER GRANTING DEFENANT'S EXTENTION OF TIME TO FILE AN ANSWER

Plaintiff and Defendants having entered into this Stipulation to extend Defendant's time to file an Answer, and the Court having reviewed the papers and pleadings on file herein and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Defendant shall file an Answer on or before May13, 2026.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
5-1-26

Jt stip ext answer DL - 4/29/2026 4:38 PM

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550

**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 30, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record:

JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE Nevada Bar No. 16880
MARIAN L. MASSEY Nevada Bar No. 14579
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MMassey@GGTrialLaw.com*

*/s/ Tammy Kassen*
An Employee of GORDON REES
SCULLY MANSUKHANI, LLP

-3-
Jt stip ext answer DL - 4/29/2026 4:38 PM