**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PIA SAELAO, | Case No. 2:26-cv-01012-GMN-MDC |
| Plaintiff, | **Order** |
| v. | |
| UNIVERSAL PROTECTION SERVICE, LP, et al., | |
| Defendants. | |

The Court ordered the parties to submit evaluation statements by 3:00 p.m. on July 2, 2026. Docket No. 11 at 3. Plaintiff did not comply. Accordingly, Plaintiff is **ORDERED** to submit a evaluation statement by noon on July 8, 2026. In addition, the Court **CONTINUES** the early neutral evaluation to 1:00 p.m. on July 28, 2026. Failure by Plaintiff to submit an evaluation statement may result in sanctions and/or vacation of the early neutral evaluation.

All other requirements in Docket No. 11 continue to apply.

IT IS SO ORDERED.

Dated: July 6, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1